PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

Southern District of Ohio

UNITED STATES OF AMERICA

v.

**Joshua Ryan Fuller**

Crim. No. 3:20CR88

On May 8, 2026 the above named was placed on probation/supervised release for a period of 3 years. The probationer/supervised releasee was confirmed deceased on June 14, 2026, as verified by the probation department. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

Ashlei Lang

Ashlei Lang
*U.S. Probation Officer*

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 26th day of July, 20 26.

Michael Newman, USDJ
*United States District Judge*